IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHANDRA H. BREWTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-436(MTT) |
| THE FIRST LIBERTY INSURANCE CORPORATION, | ) ) ) ) |
| Defendant. | ) ) ) |

## ORDER

Defendant First Liberty Insurance Corporation has renewed its motion to dismiss Plaintiff Chandra Brewton's declaratory judgment claim. (Doc. 26). On January 19, 2016, this Court granted First Liberty's first motion to dismiss (Doc. 7) the declaratory judgment claim because the Court lacked subject matter jurisdiction. (Doc. 22). Specifically, the Court held that Brewton failed to sufficiently allege facts that satisfied the "case or controversy" requirement to confer Article III standing but gave her leave to amend her complaint to remedy the jurisdictional defect. (*Id.*). Brewton then filed an amended complaint, alleging that she, according to publicly available data, "face[s] approximately a five to ten percent chance of filing an insurance claim on [her] home in a given year." (Doc. 23 ¶ 98). Brewton asserts that this "'probabilistic' injury is sufficient to support this Court's Article III jurisdiction." (*Id.*).

The issue and arguments raised by the parties in their briefs here are the exact same as the issue and arguments raised in *Thompson v. State Farm Fire and Casualty*

*Company*, No. 5:14-cv-32, 2016 WL 2930958 (M.D. Ga).[1]  In that case, this Court denied the plaintiffs' motion for reconsideration and held that the allegation that there is up to a 10 percent chance the plaintiffs' townhouse will suffer a covered loss in a given year is insufficient to confer Article III standing.[2]  *Id.* at *3; *see* Appendix.  Accordingly, First Liberty's renewed motion to dismiss is **GRANTED** for the same reasons the Court denied the plaintiffs' motion for reconsideration in *Thompson*, and the Court incorporates that order in *Thompson* here.

      **SO ORDERED**, this 26th day of May, 2016.

                                    S/ Marc T. Treadwell
                                    MARC T. TREADWELL, JUDGE
                                    UNITED STATES DISTRICT COURT

---

[1] The Court notes that the lawyers for Brewton are the same as the lawyers for the plaintiffs in *Thompson*.

[2] The Court accepted the allegation as true for purposes of the motion.  *Id.* at *2.