# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| CHANDRA H. BREWTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 5:14-CV-436(MTT) |
| THE FIRST LIBERTY INSURANCE CORPORATION, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

On November 21, 2017, the Court granted partial summary judgment to Defendant The First Liberty Insurance Corporation. Doc. 60 at 16. The Court dismissed with prejudice the Plaintiff's claim against First Liberty for failure to assess her property for diminished value, but it found she was not judicially estopped from bringing a claim against First Liberty for failure to pay for the diminished value her property allegedly suffered. *Id.* However, the Court allowed the Plaintiff to conduct additional discovery. *Id.* On September 4, 2018, the Court entered its Order declining to alter its Order of November 21, 2017. Doc. 77. Because the Plaintiff's one remaining claim seemed clearly to fall far below the amount in controversy requirement for diversity jurisdiction, the Court ordered the Plaintiff to show cause why the case should not be dismissed for lack of subject-matter jurisdiction. *Id.* at 18. The Plaintiff has acknowledged that her only remaining claim does not satisfy the threshold for diversity jurisdiction and does not object to the dismissal of her remaining claim. Doc. 78 at 1. Accordingly, the Plaintiff's remaining claim is **DISMISSED** without prejudice. All claims

having been dismissed, final judgment shall be entered.

**SO ORDERED**, this 4th day of October, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
